# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6080
Acres:  0.230

**Being** a 0.230 of one acre (10,021 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 7 as described in Volume 171, Page 36, Deed Records of Starr County, Texas, and being out of the remainder of a called 5.03 acre tract conveyed to Florencia G. Garcia and Salvador Garcia, Jr. by Deed of Gift recorded in Volume 741, Page 650, Official Records of Starr County, Texas (Tract 2, Share 7), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 1" iron pipe for an easterly interior corner of Tract RGV-RGC-6080, said point being at an easterly interior corner of the 5.03 acre tract and a westerly exterior corner of the remainder of a called 61.610 acre tract conveyed to Starr Produce Company by Substitute Trustee's Deed recorded in Volume 1012, Page 736, Official Records of Starr County, Texas, said point having the coordinates of N=16657353.420, E=854245.143, said point bears S 27°56'27" W, a distance of 2886.58' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** S 08°53'10" W (S 08°44' W, Record), with the east line of the 5.03 acre tract and the west line of the remainder of the 61.610 acre tract, for a distance of 69.18' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-1=6080-1" in an easterly line of Tract RGV-RGC-6080, said point being in the east line of the 5.03 acre tract and the west line of the remainder of the 61.610 acre tract;

**Thence:** S 08°53'10" W (S 08°44' W, Record), continuing with the east line of the 5.03 acre tract and the west line of the remainder of the 61.610 acre tract, for a distance of 348.57' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-2-5=6080-2" for the south corner of Tract RGV-RGC-6080, said point being in the east line of the 5.03 acre tract and the west line of the remainder of the 61.610 acre tract;

**Thence:** N 37°57'35" W, departing the west line of the remainder of the 61.610 acre tract, over and across the 5.03 acre tract, for a distance of 25.46' feet to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-2=6080-3" for the southwest corner of Tract RGV-RGC-6080, said point being in the west line of the 5.03 acre tract and the east line

of a called 20.911 acre tract conveyed to Americo Eloy Garcia by Report of Commissioners-Cause No. 4909 recorded in Volume 441, Page 599, Deed Records of Starr County, Texas (Tract No. 1);

**Thence:** N 08°54'15" E (N 08°44' E, Record), with the west line of the 5.03 acre tract and the east line of the 20.911 acre tract, for a distance of 372.46' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6011-1=6080-4" in the west line of Tract RGV-RGC-6080, said point being in the west line of the 5.03 acre tract and the east line of the 20.911 acre tract;

**Thence:** N 08°54'15" E (N 08°44' E, Record), continuing with the west line of the 5.03 acre tract and the east line of the 20.911 acre tract, for a distance of 47.88' to a found 1/2" iron rod for the northwest corner of Tract RGV-RGC-6080, said point being at the northwest corner of the remainder of the 5.03 acre tract and an easterly interior corner of the 20.911 acre tract;

**Thence:** S 80°59'45" E (S 81°16' E, Record), with a northerly line of the 5.03 acre tract and a southerly line of the 20.911 acre tract, for a distance of 123.70' (123.7', Record) to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6080-7" for the northeast corner of Tract RGV-RGC-6080, said point being at the northeast corner of the remainder of the 5.03 acre tract and a southeasterly corner of the 20.911 acre tract, said point being in the west line of a called 0.83 acre tract conveyed to Juan Indalecio Garcia by Warranty Deed recorded in Instrument No. 2018-344233, Official Records of Star County, Texas;

**Thence:** S 09°00'15" W, with the east line of the remainder of the called 5.03 acre tract and the west line of the 0.83 acre tract, for a distance of 19.55' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6080-8" for an easterly exterior corner of Tract RGV-RGC-6080, said point being at an easterly exterior corner of the remainder of the 5.03 acre tract and the southwest corner of the 0.83 acre tract, said point being in a northerly line of the aforementioned 61.610 acre tract;

**Thence:** N 81°13'38" W (N 81°16' W, Record), with a southerly line of the 5.03 acre tract and a northerly line of the 61.610 acre tract, for a distance of 105.22' to the Point of Beginning.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (continued)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 27'56'27" W | 2886.58' | N/A | N/A |
| L2 | S 08'53'10" W | 69.18' | S 08'44' W | N/A |
| L3 | S 08'53'10" W | 348.57' | S 08'44' W | N/A |
| L4 | N 37'57'35" W | 25.46' | N/A | N/A |
| L5 | N 08'54'15" E | 372.46' | N 08'44' E | N/A |
| L6 | N 08'54'15" E | 47.88' | N 08'44' E | N/A |
| L7 | S 80'59'45" E | 123.70' | S 81'16' E | 123.7' |
| L8 | S 09'00'15" W | 19.55' | N/A | N/A |
| L9 | N 81'13'38" W | 105.22' | N 81'16' W | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16657353.420 | 854245.143 | POC RGV-RGC-6005-2 6080 |
| 2 | 16657285.075 | 854234.457 | RGV-RGC-6005-2-1=6080-1 |
| 3 | 16656940.684 | 854180.613 | RGV-RGC-6005-2-5=6080-2 |
| 4 | 16656960.762 | 854164.950 | RGV-RGC-6011-2=6080-3 |
| 5 | 16657328.731 | 854222.600 | RGV-RGC-6011-1=6080-4 |
| 6 | 16657376.037 | 854230.011 | RGV-RGC-6080-6 |
| 7 | 16657356.677 | 854352.187 | RGV-RGC-6080-7 |
| 8 | 16657337.373 | 854349.128 | RGV-RGC-6080-8 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



LEGEND

- ● 5/8" REBAR W/ "MDS" CAP SET
- ⊙ FOUND MONUMENT
- △ CONTROL POINT
- CS COTTON PICKER SPINDLE
- DRSC DEED RECORDS OF STARR COUNTY
- IPF 1" IRON PIPE FOUND
- IRF 1/2" IRON ROD FOUND
- ORSC OFFICIAL RECORDS OF STARR COUNTY
- PG PAGE
- POB POINT OF BEGINNING
- VOL VOLUME

——— ACQUISITION BOUNDARY
—··—··— ADJOINING ACQUISITION BOUNDARY
BRUSH/VEGETATION
——PL—— PROPERTY LINE
—x—x—x— WIRE FENCE
SEE SHEET 5



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
874 HARPER ROAD, STE 104 · KERRVILLE, TX 78028 · 830-616-1616

| | |
|---|---|
| **METES & BOUNDS SURVEY** FLORENCIA O. GARCIA & SALVADOR GARCIA, JR. TRACT No. RGV-RGC-6080 STARR COUNTY  TEXAS | CONTRACT NO.: W91278-14-D-0013 T.O.: W45XMA81577970001 |

Drawn LMK 9/25 · Checked LMK 9/25 · Surveyor JOB 9/25

Drawing SHEET 4 OF 6 · Ref. No.





US Army Corps of Engineers

MDS PROJ. NO. 23-600-00    FILE NAME: RGV-RGC-6080    DATE: 9/24/2025

## SCHEDULE D (continued)



## SCHEDULE D (continued)



# SCHEDULE

# E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-6080

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance Deed recorded on November 9, 1995, as Document No.1995-182019, in Book 741, Page 650, Official Public Records, Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (continued)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TEN THOUSAND

FOUR HUNDRED AND EIGHT DOLLARS AND NO/100 ($10,408.00), to be deposited

herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Salvador Garcia, Jr.** ▮ Rio Grande City, Texas ▮  **Florencia G. Garcia** ▮ Rio Grande City, Texas ▮ | Final Decree of Partition, Cause No. 2471, recorded October 1, 1951, as Document #1951-34133, Official Public Records, Starr County, Texas  Warranty Deed dated January 23, 1958, filed January 25, 1958, as Document #1958-48264, Official Public Records, Starr County  Warranty Deed dated December 26, 1959, filed December 28, 1959, as Document #1958-48264, Official Public Records, Starr County, Texas  Warranty Deed dated October 17, 1974, filed October 28, 1974, as Document #1974-86508, Official Public Records, Starr County, Texas  Warranty Deed with Life Estate dated November 11, 1974, filed November 14, 1974, as Document #1974-86711, Official Public Records, Starr County, Texas  Warranty Deed dated October 20, 1975, filed October 27, 1975, as Document #1975-89072, Official Public Records, Starr County, Texas  Warranty Deed dated May 24, 1976, filed July 20, 1976, as Document #1976-91533, Official Public Records, Starr County, Texas |

| | |
|---|---|
| | Warranty Deed dated July 2, 1976, filed July 20, 1976, as Document #1976-91534, Official Public Records, Starr County, Texas<br><br>Warranty Deed dated May 17, 1976, filed July 20, 1976, as Document #1976-91535, Official Public Records, Starr County, Texas<br><br>Warranty Deed with Mineral Reservation dated, December 28, 1988, filed September 22, 1989, Document #1988-149247, Official Public Records, Starr County, Texas<br><br>Deed of Gift dated January 23, 1995, filed January 23, 1995, as Document #1995-174444, Official Public Records, Starr County, Texas<br><br>Deed of Gift dated October 24, 1995, filed November 9, 1995, as Document #1995-182019, Official Public Records, Starr County, Texas |
| **Ameida Salinas**<br>100 N. FM 3167, Ste 201<br>Rio Grande City, TX 78582 | Starr County Tax Assessor-Collector<br>Account No. 68774 |