**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:26-CV-00175 |
| | § | |
| 0.230 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND FLORENCIA | § | |
| GARCIA & SALVADOR GARCIA, JR, et | § | |
| al.; | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER**
**OF IMMEDIATE POSSESSION**

Now before the Court is Plaintiff United States of America's Motion for Order of Immediate Possession (Dkt. No. 9). On April 9, 2026, Plaintiff filed its Complaint seeking condemnation (taking) of Defendants' estate in fee simple in acres of land identified as Tract No. RGV-RGC-6080 in Starr County, Texas, and a Declaration of Taking of said property in accordance with the Declaration of Taking Act, 40 U.S.C. § 3114. (Dkt. Nos. 1, 2).

Through its Motion, Plaintiff now seeks surrender from Defendants of the estate, more particularly described as:

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such

Page **1** of **2**
*Order for Immediate Possession*

water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

(Dkt. 2-1 at 13, Schedule E). On May 7, 2026, the Plaintiff deposited in the registry of this Court the sum of $10,408.00 as the estimated just compensation for the taking. (Dkt. No. 8). Plaintiff asserts that the actions taken in this case have given it title to, and the right to immediate possession of, the subject property. (Dkt. No. 9). After reviewing the motion and the arguments presented, the Court hereby **ORDERS** that Plaintiff's Motion for Order of Immediate Possession (Dkt. No. 9) is **GRANTED**.

Accordingly, the Court finds Plaintiff complied with the Declaration of Taking Act, 40 U.S.C. § 3114. Thus, this Court **ORDERS** that Defendants to the above-referenced action and all persons who own or claim ownership, possession and/or control of the property described in the Complaint (Dkt. No. 1) herein, shall surrender possession of said property, to the extent of the estate being condemned, to Plaintiff immediately. The Court reserves Defendants' right to litigate any questions concerning title and/or the amount of just compensation to be paid at a later date.

It is further **ORDERED** that a notice of this order shall be served on all persons in possession or control of the said property forthwith.

SO ORDERED this _____ day of _____, 2026, at McAllen, Texas.

_____
**RANDY CRANE**
United States Chief Judge